

| United States Bankruptcy Court | **Voluntary Petition** |
|---|---|

_Southern_ **District of** _New York_

| Name of Debtor(if individual, enter Last, First, Middle):<br>Macmenamin's Grill LTD | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the debtor in the last 8 years (include maiden and trade names): | All Other Names used by the joint debtor in the last 8 years (include maiden and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): 13-4180523 | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City and State):<br>115 Cedar Street<br>New Rochelle, New York 10801    ZIP CODE | Street Address of Joint Debtor (No. & Street, City and State):    ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Westchester | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):    ZIP CODE | Mailing Address of Joint Debtor (if different from street address):    ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIP CODE |

**Type of Debtor (Form of Organization)**
(Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Tax-Exempt Entity**
(Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (*the Internal Revenue Code*).

**Nature of Business**
(Check all applicable boxes)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. §101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed**
(Check one box)
- ☐ Chapter 7
- ☒ Chapter 11
- ☐ Chapter 9
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts (check one box)**
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee Waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
**Check one box:**
- ☒ Debtor is a small business debtor as defined in 11 U.S.C. §101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. §101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
THIS SPACE FOR COURT USE ONLY
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds for distribution to unsecured creditors

Estimated number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |



| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Macmenamin's Grill LTD |

| **All prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)** | | |
|---|---|---|
| Location Where Filed: | Case Number | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District | Relationship: | Judge: |

<table>
<tr><td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 134 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made part of this petition.

</td><td>

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.   I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code.

/s/ David Stone _____   11/14/2008 ___
Signature of Attorney for Debtor(s).                         Date:

</td></tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a seperate Exhibit D.)

☐ Exhibt D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made part of this petition.

**Information Regarding the Debtor-Venue**
(Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately proceeding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business, or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this district.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*(Check all applicable boxes)*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

Name of landlord that obtained judgment:


Address of landlord:

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. & 362(1)).


| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Macmenamin's Grill LTD |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter title 11, United States Code, specified in this petition.

X_____
Signature of Debtor

X_____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)
_____  11/14/2008
                          Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correc, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐    I request relief in accordance with chapter 15 of title 11, United States Code.  Certified copies of the documents required by §1515 of title 11 are attached.

☐    Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____

(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

11/14/2008
Date

### Signature of Attorney

X /s/ David Stone
Signature of Attorney for Debtor(s)
Printed Name of Attorney for Debtor(s)
David Stone
Firm Name
David Stone & Associates
Address
145 Hugenot Street
New Rochelle, New York 10804
Telephone Number
914.235.8900
Date  11/14/2008
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor(Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Brian MacMenamin, President
Signature of Authorized Individual
/s/ Brian MacMenamin, President
Printed Name of Authorized Individual

Title of Authorized Individual

Date 11/14/2008

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in U.S.C. §110; (2) I prepared this document for compensation and have provided the debtor with a copy of this coument and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor as required in that section. Official Form 19B is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number(If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. §110.)
Address

X_____
Date 11/14/2008
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*



Official Form B1, Exhibit C, 9-01    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

# UNITED STATES BANKRUPTCY COURT     Southern **DISTRICT OF** New York

In re: Macmenamin's Grill LTD                    Debtor(s)     Case No.                    (If known)

*EXHIBIT"C"  If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.*

**EXHIBIT "C" to Voluntary Petition**

1.  Identify and briefly describe all real or personal property owned or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if neccessary):

2.  With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):



**Blumberg**Excelsior, Inc., Publisher, NYC 10013

**3085W Stmt of Comp.:**
**Rule 2016(b) (12-95)**

# UNITED STATES BANKRUPTCY COURT    Southern **DISTRICT OF** New York

In re: Macmenamin's Grill LTD

Debtor(s)    Case No.                    (if known)

## STATEMENT

**Pursuant to Rule 2016(b)**

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

(1)  The undersigned is the attorney for the debtor(s) in this Case.

(2)  The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:

    (a)  for legal services rendered or to be rendered in comtemplation of and in connection
        with this case                                         $       10000.00
    (b)  prior to filing this statement, debtor(s) have paid         $       10000.00
    (c)  the unpaid balance due and payable is         $         0.00

(3)  $ 1039.00                          of the filing fee in this case has been paid.

(4)  The services rendered or to be rendered include the following:

    (a)  analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a
        petition under title 11 of the United States Code.
    (b)  preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
    (c)  representation of the debtor(s) at the meeting of creditors.

(5)  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services
    performed, and

(6)  The source of payments made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from
    earnings, wages and compensation for services performed, and

(7)  The undersigned has received no transfer, assignment or pledge of property except the following for the value stated:

(8)  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm,
    any compensation paid or to be paid except as follows:

**Dated:**                    **Respectfully submitted,**                    **Attorney for Petitioner**
11/14/08                    /s/ David Stone                    David Stone

**Attorney's name and address**
145 Hugenot Street, Suite 402, New Rochelle, NY



**Blumberg**Excelsior, Publisher, NYC 10013

3087  Equity security holders list,
chapter 11, 12-95, W

**UNITED STATES BANKRUPTCY COURT** Southern        **DISTRICT OF** New York

In re:  Macmenamin's Grill LTD                    Debtor(s)  Case No.                    (if known)

**LIST OF EQUITY SECURITY HOLDERS**

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OF PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| Brian MacMenamin 115 Cedar Street New Rochelle, NY 10801 | 100% Common Stock | | |



Form B4W (12/07)

**Blumberg**Excelsior, Inc., Publisher, NYC 10013

# UNITED STATES BANKRUPTCY COURT

Souther **DISTRICT OF** New York

Macmenamin's Grill LTD

Debtor(s)    Case No.

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P.1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§101(30) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2)<br>NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM. | (3)<br>NATURE OF CLAIM<br>(trade debt, bank loan, government contract, etc) | (4)<br>C<br>U<br>S<br>D | (5)<br>AMOUNT OF CLAIM<br>(If secured also state value of security) |
|---|---|---|---|---|
| CON EDISON JAF STATION<br>P.O. BOX 1702<br>NEW YORK | | | | 85,000.00 |
| Cedarland LLC<br>P. O. Box 1683<br>New Rochelle, NY 10802 | | | | 70,000.00 |
| Industrial Overall Services<br>10 BARTELS PLACE<br>New Rochelle, NY | | | | 15,979.00 |
| D'Arrigo Bros.<br>335 Row C NYC Terminal Marke<br>Bronx, NY | | | | 13,383.00 |
| ConEdison Solutions | | | | 12,686.00 |
| JERACI FOODS Distributors, I<br>90 FAIRVIEW PARK DR<br>ELMSFORD, NY | | | | 11,183.00 |
| Riviera Produce<br>205 JACKSON STREET<br>ENGLEWOOD, NJ | | | | 9,059.00 |
| UGI Energy Services, Inc.<br>P.O. BOX 827032<br>Philadelphia, PA | | | | 8,574.00 |
| Empire Merchants<br>16 Bridgeater<br>Brooklyn, NY | | | | 7,464.00 |
| WEICHSEL BEEF CO., INC<br>525 WEST STREET<br>New York, NY | | | | 6,201.00 |

"(4) C U D S"   If contingent, enter C; if unliquidated, enter U; if disputed, enter D; if subject to setoff, enter S.        *  Value of secured portion of claim



Form B4W (12/07)

**Blumberg**Excelsior, Inc., Publisher, NYC 10013

## UNITED STATES BANKRUPTCY COURT

Southe **DISTRICT OF** New York

Macmenamin's Grill LTD

Debtor(s)     Case No.

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P.1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§101(30) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2)<br>NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM. | (3)<br>NATURE OF CLAIM<br>(trade debt, bank loan, government contract, etc) | (4)<br>C<br>U<br>S<br>D | (5)<br>AMOUNT OF CLAIM<br>(If secured also state value of security) |
|---|---|---|---|---|
| Southern Wines & Spirits<br>345 UNDERHILL BLVD | | | | 5,324.00 |
| WFAS RADIO<br>365 SECOR ROAD<br>Hartsdale, NY | | | | 5,262.00 |
| Westchester Magazine<br>3301 Lancaster pike Suite | | | | 4,800.00 |
| Monarch Seafood<br>P.O. BOX 6465<br>80  BROADWAY<br>JERS | | | | 4,667.00 |
| Macintosh Electric Corp<br>5 Seminary Ave<br>Yonkers, NY | | | | 4,281.00 |
| ACE ENDICO<br>80 International Blvd<br>Brewster, NY | | | | 4,185.00 |
| Parking Systems<br>P. O. Box 160<br>Valley Stream, NY | | | | 3,836.00 |
| Great Places Publishing, Inc<br>326 West 19th ST<br>New York, NY | | | | 3,750.00 |
| The Workingman's Closet<br>27 Centre ave<br>New Rochelle, NY | | | | 3,122.00 |
| Gold Coast Lobster<br>30 stewart ave<br>Huntington, NY | | | | 3,055.00 |

"(4) C U D S"   If contingent, enter C; if unliquidated, enter U; if disputed, enter D; if subject to setoff, enter S.          *  Value of secured portion of claim


# UNITED STATES BANKRUPTCY COURT

Southe **DISTRICT OF** New York

Macmenamin's Grill LTD

Debtor(s)    Case No.

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P.1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§101(30) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2)<br>NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM. | (3)<br>NATURE OF CLAIM (trade debt, bank loan, government contract, etc) | (4)<br>C U S D | (5)<br>AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|
| Hudson Valley Bank cardmembe<br>P.O BOX 7 | | | | 2,840.00 |
| Great Restaurants | | | | 2,500.00 |
| Party Line<br>21 Vreeland Ave<br>Elmsford, NY 10523 | | | | 2,425.00 |
| Pine Island Oyster<br>2 bayview ave P.O. box 313 | | | | 2,366.00 |
| Aetna<br>P.O. BOX 7247-0233<br>PHILADELPHIA, PA 19170 | | | | 2,187.00 |
| Richoh | | | | 2,000.00 |
| Elite Valet Services<br>591 Stewart Avenue<br>Garden City, NY | | | | 2,000.00 |
| Art Images & Graphics<br>11 Clearbrook Road<br>Elmsford, NY | | | | 1,922.00 |
| Don Reiter | | | | 1,856.00 |
| Computica, Inc. | | | | 1,720.00 |

"(4) C U D S"   If contingent, enter C; if unliquidated, enter U; if disputed, enter D; if subject to setoff, enter S.        *  Value of secured portion of claim



**Blumberg**Excelsior, Inc., Publisher. NYC 10013

Form B4W (12/07)

**UNITED STATES BANKRUPTCY COURT**      Southe   **DISTRICT OF**   New York

Macmenamin's Grill LTD

Debtor(s)    Case No.

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P.1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§101(30) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2)<br>NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM. | (3)<br>NATURE OF CLAIM<br>(trade debt, bank loan, government contract, etc) | (4)<br>C<br>U<br>S<br>D | (5)<br>AMOUNT OF CLAIM<br>(If secured also state value of security) |
|---|---|---|---|---|
| Martin Scott Wines<br>P.O. BOX 5486<br>Kake Success, NY | | | | 1,558.00 |
| Suburban Carting<br>P.O. BOX 2585<br>BUFFALO,NY 14240 | | | | 1,499.00 |
| Smith Party Rentals<br>133 Mason Street<br>Greenwich, CT | | | | 1,400.00 |
| Lucky Direct Marketing Inc. | | | | 1,340.00 |
| New York Post | | | | 1,258.00 |
| CHRYSLER FINANCIAL<br>P.O. BOX 9001921<br>LOUISVILLE, KY | | | | 1,219.00 |
| AL'AN ELEVATOR CORP<br>2368 Westchester Ave.<br>Bronx, NY | | | | 1,205.00 |
| Peter Marrero<br>172 KINGS HIGHWAY<br>NEW ROCHELLE, NY | | | | 1,195.00 |
| Marcus Dairy<br>3 SUGAR HOLOW ROAD<br>DAVBURY, CT 068 | | | | 1,189.00 |
| New York State Restaurant Se | | | | 987.00 |

"(4) C U D S"   If contingent, enter C; if unliquidated, enter U; if disputed, enter D; if subject to setoff, enter S.      *  Value of secured portion of claim

Blumberg Excelsior, Inc., Publisher, NYC 10013



Form B4W (12/07)

**UNITED STATES BANKRUPTCY COURT** Southe **DISTRICT OF** New York

Macmenamin's Grill LTD

Debtor(s)   Case No.

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P.1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§101(30) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. 1007(m).

| (1)<br>NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2)<br>NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM. | (3)<br>NATURE OF CLAIM (trade debt, bank loan, government contract, etc) | (4)<br>C U S D | (5)<br>AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|
| Harleysville Insurance Proce<br>PO Box | | | | 839.00 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY 40285 | | | | 741.00 |
| Honeywell | | | | 689.00 |
| PEPepSICOLA BOTTLING CO OF N<br>P.O. BOX 34408<br>NEW | | | | 672.00 |
| RL Schreiber<br>1741 NW 33RD STREET<br>POMPANO BEACH, FL | | | | 624.00 |
| MUZAK LLC<br>P.O. BOX 71070<br>CHARLOTTE, NC 28272-1070 | | | | 602.00 |
| PARIS GOURMET<br>PO BOX 36242<br>NEWARK, NJ 07188-6242 | | | | 593.00 |
| D. Bertoline & Sons Inc.<br>Charles Point Business | | | | 581.00 |
| STAPLES BUSINESS ADVANTAGE D<br>P.O. BOX 415 | | | | 557.00 |
| Coca Cola Bottling Co. of NY<br>P.O Box 80257 | | | | 529.00 |

"(4) C U D S"  If contingent, enter C; if unliquidated, enter U; if disputed, enter D; if subject to setoff, enter S.          *  Value of secured portion of claim



Blumberg Excelsior, Inc., Publisher, NYC 10013

Form B4W (12/07)

**UNITED STATES BANKRUPTCY COURT**          Southe          **DISTRICT OF**          New York

Macmenamin's Grill LTD                                       Debtor(s)     Case No.

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P.1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§101(30) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>NAME OF CREDITOR AND COMPLETE<br>MAILING ADDRESS INCLUDING<br>ZIP CODE | (2)<br>NAME, TELEPHONE NUMBER AND COMPLETE<br>MAILING ADDRESS, INCLUDING ZIP CODE OF<br>EMPLOYEE, AGENT, OR DEPARTMENT OF<br>CREDITOR FAMILIAR WITH CLAIM. | (3)<br>NATURE OF CLAIM<br>(trade debt, bank<br>loan, government<br>contract, etc) | (4)<br>C<br>U<br>S<br>D | (5)<br>AMOUNT OF CLAIM<br>(If secured also<br>state value of security) |
|---|---|---|---|---|
| Stanley Security Solutions | | | | 441.00 |
| Fosters Beer Line Cleaning<br>81 Pondfield rd #171<br>Bronxville, NY | | | | 431.00 |
| United Water-NR PAYMENT CENT<br>P.O BOX 371804 | | | | 300.00 |
| Ecolab<br>P.O. BOX 905327<br>CHARLOTTE, NC 28290-5327 | | | | 300.00 |
| LIBERTY BANK<br>P.O. BOX 516<br>WAUKEE, IA 50263 | | | | 260.00 |
| CUSTOM HOODS CORP<br>PO BOX 1204<br>Darien CT,06820 | | | | 260.00 |
| Oak Beverages<br>1 FLOWER LANE<br>BLAUVELT, NY 10913 | | | | 258.00 |
| WB Mason<br>P.O. Box 111 59 Centre St.<br>Brockton, MA | | | | 238.00 |
| Winebow<br>P.O. Box 34510<br>Newark, NJ 07189 | | | | 231.00 |
| FRONTIER FC V DEPT. 30390<br>P.O. BOX 66767<br>St. Louis, MO | | | | 230.00 |

"(4) C U D S"   If contingent, enter C; if unliquidated, enter U; if disputed, enter D; if subject to setoff, enter S.          *  Value of secured portion of claim



Form B4W (12/07)

**Blumberg**Excelsior, Inc., Publisher, NYC 10013

## UNITED STATES BANKRUPTCY COURT

Macmenamin's Grill LTD

Southe   **DISTRICT OF**   New York

Debtor(s)   Case No.

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P.1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§101(30) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2)<br>NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM. | (3)<br>NATURE OF CLAIM<br>(trade debt, bank loan, government contract, etc) | (4)<br>C<br>U<br>S<br>D | (5)<br>AMOUNT OF CLAIM<br>(If secured also state value of security) |
|---|---|---|---|---|
| NuCo2<br>PO Box 9011<br>Stuart, Florida 34995 | | | | 200.00 |
| Major Fire Control<br>PO Box 770914<br>Woodside NY | | | | 189.00 |
| LOBO DISTRIBUTING CO<br>155 BRACKEN RD<br>MONTGOMERY | | | | 169.00 |
| Top Restaurants<br>195 WYNFORD DR. STE 2108<br>Toronto | | | | 120.00 |
| Cintas Corporation<br>Rt. 22    P.O. Box 10<br>Brewster, NY | | | | 112.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

"(4) C U D S"  If contingent, enter C; if unliquidated, enter U; if disputed, enter D; if subject to setoff, enter S.    * Value of secured portion of claim

Form B4W (12/07)    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

Macmenamin's Grill LTD                          Debtor(s)    Case No.

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## SIGNATURE PAGE

Date:  11/14/2008 _____        _____
                                      Debtor

Date:  11/14/2008 _____        _____
                                      Co-debtor

**Form B1, Exh. A (9/97)**     **Blumberg**Excelsior, Inc., Publisher, NYC 10013

## Exhibit "A"

[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]

**UNITED STATES BANKRUPTCY COURT**                    Southern**DISTRICT OF** New York

In re:  Macmenamin's Grill LTD

Debtor(s)   Case No. _____ (if known)
Chapter 11

### Exhibit "A" to Voluntary Petition

1.     If any of debtor's securities are registered under §12 of the Securities and Exchange Act of 1934, the SEC file number is

2.     The following financial data is the latest available information and refers to debtor's condition on

a.  Total assets                                $   1217220.70

b.  Total debts                                 $   1770000.00

                                                                          Approximate
                                                                          number of
                                                                          holders

c.  Debt securities held by more than 500 holders.

    ☐ secured   ☐ unsecured   ☐ subordinated   $

    ☐ secured   ☐ unsecured   ☐ subordinated   $

    ☐ secured   ☐ unsecured   ☐ subordinated   $

    ☐ secured   ☐ unsecured   ☐ subordinated   $

    ☐ secured   ☐ unsecured   ☐ subordinated   $

d.  Number of shares of preferred stock

e.  Number of shares of common stock

    Comments, if any:

3. Brief description of debtor's business:
    Five star restaurant, catering facility and culinary school.

4.  List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
    Brian MacMenamin

3092 - Verification of Creditor Matrix. 12/95  **Blumberg**Excelsior, Inc., Publisher, NYC 10013

# UNITED STATES BANKRUPTCY COURT

Southern **DISTRICT OF** New York

**In re:** Macmenamin's Grill LTD

                                    Debtor(s)

Case No.

Chapter   11

# VERIFICATION OF CREDITOR MATRIX

The above-named debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Dated: _____

Debtor _____

      Macmenamin's Grill LTD

Debtor _____

ACE ENDICO

80 International Blvd
Brewster, NY


AL'AN ELEVATOR CORP

2368 Westchester Ave.
Bronx, NY


Aetna

P.O. BOX 7247-0233
PHILADELPHIA, PA 19170


Art Images & Graphics

11 Clearbrook Road
Elmsford, NY


CHRYSLER FINANCIAL

P.O. BOX 9001921
LOUISVILLE, KY


CON EDISON JAF STATION

P.O. BOX 1702
NEW YORK


CUSTOM HOODS CORP

PO BOX 1204
Darien CT,06820


Cedarland LLC

P. O. Box 1683
New Rochelle, NY 10802

Cintas Corporation

Rt. 22    P.O. Box 10
Brewster, NY


Coca Cola Bottling Co. of N

P.O Box 80257


Commerce Bank NA

45 Melville Park Road
Melville, NY 11747


Computica, Inc.


ConEdison Solutions


D'Arrigo Bros.

335 Row C NYC Terminal Mark
Bronx, NY


D. Bertoline & Sons Inc.

Charles Point Business


Don Reiter

Ecolab

P.O. BOX 905327
CHARLOTTE, NC 28290-5327


Elite Valet Services

591 Stewart Avenue
Garden City, NY


Empire Merchants

16 Bridgeater
Brooklyn, NY


FRONTIER FC V DEPT. 30390

P.O. BOX 66767
St. Louis, MO


Fosters Beer Line Cleaning

81 Pondfield rd #171
Bronxville, NY


Gold Coast Lobster

30 stewart ave
Huntington, NY


Great Places Publishing, In

326 West 19th ST
New York, NY


Great Restaurants

Harleysville Insurance Proc

PO Box


Honeywell



Hudson Valley Bank cardmemb

P.O BOX 7


Industrial Overall Services

10 BARTELS PLACE
New Rochelle, NY


JERACI FOODS Distributors,

90 FAIRVIEW PARK DR
ELMSFORD, NY


LIBERTY BANK

P.O. BOX 516
WAUKEE, IA 50263


LOBO DISTRIBUTING CO

155 BRACKEN RD
MONTGOMERY


Lucky Direct Marketing Inc.

MUZAK LLC

P.O. BOX 71070
CHARLOTTE, NC 28272-1070


Macintosh Electric Corp

5 Seminary Ave
Yonkers, NY


Major Fire Control

PO Box 770914
Woodside NY


Marcus Dairy

3 SUGAR HOLOW ROAD
DAVBURY, CT 068


Martin Scott Wines

P.O. BOX 5486
Kake Success, NY


Monarch Seafood

P.O. BOX 6465
80  BROADWAY
JERS


New York Post


New York State Restaurant S

NuCo2

PO Box 9011
Stuart, Florida 34995


Oak Beverages

1 FLOWER LANE
BLAUVELT, NY 10913


PARIS GOURMET

PO BOX 36242
NEWARK, NJ 07188-6242


PEPepSICOLA BOTTLING CO OF

P.O. BOX 34408
NEW


PITNEY BOWES

PO BOX 856390
LOUISVILLE, KY 40285


Parking Systems

P. O. Box 160
Valley Stream, NY


Party Line

21 Vreeland Ave
Elmsford, NY 10523


Peter Marrero

172 KINGS HIGHWAY
NEW ROCHELLE, NY

Pine Island Oyster

2 bayview ave P.O. box 313


RL Schreiber

1741 NW 33RD STREET
POMPANO BEACH, FL


Richoh


Riviera Produce

205 JACKSON STREET
ENGLEWOOD, NJ


STAPLES BUSINESS ADVANTAGE

P.O. BOX 415


Smith Party Rentals

133 Mason Street
Greenwich, CT


Southern Wines & Spirits

345 UNDERHILL BLVD


Stanley Security Solutions

Suburban Carting

P.O. BOX 2585
BUFFALO,NY 14240


The Workingman's Closet

27 Centre ave
New Rochelle, NY


Top Restaurants

195 WYNFORD DR. STE 2108
Toronto


UGI Energy Services, Inc.

P.O. BOX 827032
Philadelphia, PA


United Water-NR PAYMENT CEN

P.O BOX 371804


WB Mason

P.O. Box 111 59 Centre St.
Brockton, MA


WEICHSEL BEEF CO., INC

525 WEST STREET
New York, NY


WFAS RADIO

365 SECOR ROAD
Hartsdale, NY

Westchester Magazine

3301 Lancaster pike Suite


Winebow

P.O. Box 34510
Newark, NJ 07189